■ In the Matter of PAUL D. J. HENRY SMITH, as Commissioner of Social Services, Appellant; VICTORIA D., Respondent.—In a neglect proceeding, the appeal is from an order of the Family Court, Kings County, dated May 4, 1977, which, after a hearing, dismissed the petition. Order affirmed, without costs or disbursements. The evidence supports the Family Court's determination. Cohalan, J. P., Damiani, Hawkins and Mollen, JJ., concur.